

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:JKW
F. #2021R00372

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2021

By E-mail

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Yasmeya Mehmeti
     Criminal Docket No. 21-MJ-462

Dear Judge Merkl:

  The government respectfully moves for an order unsealing the above-captioned case. The defendant in this case has been arrested in Durham, North Carolina and it is therefore no longer necessary for the docket to remain under seal.

          Respectfully submitted,

          JACQUELYN M. KASULIS
          Acting United States Attorney

      By:   /s/
          Jessica K. Weigel
          Assistant U.S. Attorney
          (718) 254-6157

Enclosure

cc: Clerk of Court (by ECF)

WK:JKW
F.# 2021R00372

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YASMEYA MEHMETI,
    also known as
    "Yasmeya Truwanda Weeks,"
    "Meya Mehmeti,"
    "Yasneya Weeks," and
    "Yasmeya Weeks,"

               Defendant.

P R O P O S E D   O R D E R

No. 21-MJ-462

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jessica K. Weigel, for an order unsealing the above-captioned matter.

        WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           September 15, 2021

                                      *Taryn A. Merkl*
                                  HONORABLE TARYN A. MERKL
                                  UNITED STATES MAGISTRATE JUDGE
                                  EASTERN DISTRICT OF NEW YORK